*In re* Luis García Pagán, querellado.

Número: AB-94-133          Resuelto: 24 de febrero de 1995

QUERELLA presentada por el Sr. Héctor I. Ayala contra el Lcdo. Luis García Pagán por alegado incumplimiento de su gestión profesional. *Se suspende al licenciado García Pagán del ejercicio de la abogacía por incumplir con las órdenes del Tribunal Supremo.*

## RESOLUCIÓN

En vista de que el Lcdo. Luis García Pagán no ha cumplido nuestra Resolución de 15 de diciembre de 1994, en la cual se le apercibía de que su incumplimiento conllevaría

las sanciones correspondientes, *se le suspende indefinidamente de la práctica de la abogacía.*

Se ordena al Alguacil General del Tribunal que proceda a la incautación de la obra notarial del Lcdo. Luis García Pagán. Notifíquese a la Directora Administrativa de los Tribunales, al Director de la Oficina de Inspección de Notarías de este Tribunal y al Colegio de Abogados de Puerto Rico sobre esta resolución.

*Publíquese.*

Lo acordó el Tribunal y certifica el Señor Secretario General. La Juez Asociada Señora Naveira de Rodón no intervino.

(*Fdo.*)Francisco R. Agrait Lladó
*Secretario General*